UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL SWANEY, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 08-cv-02672-FCD-GGH<br><br>**ORDER APPROVING STIPULATION TO TEMPORARILY STAY ALL PROCEEDINGS PENDING DECISION OF MULTIDISTRICT LITIGATION PANEL** |

### ORDER

Pursuant to the Parties' Stipulation to Temporarily Stay All Proceedings Pending Decision of Multidistrict Litigation Panel (Docket Item No. 11), IT IS HEREBY ORDERED that all proceedings in this action are STAYED pending the MDL Panel's decision regarding transfer for coordination or consolidation.

**IT IS SO ORDERED.**

Dated: December 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Frank C. Damrell, Jr._
　　　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

ORDER TEMPORARILY STAYING
ALL PROCEEDINGS
CASE NO. 08-CV-02672-FCD-GGH